# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CARL A.COX & TERRY L. COX  
34992 BUCK ROAD  
KIRKLAND, IL  60146

Case Number: 04-74169  
SSN-xxx-xx-2879 & xxx-xx-0061

Case filed on: 8/19/2004  
Plan Confirmed on: 11/12/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $24,196.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | OXFORD MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MANN BRACKEN, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ALLIANCE ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BAKER MILLER MARKOFF & KRASNY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ENCORE RECEIVABLE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PROFESSIONAL BUREAU OF COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MERCANTILE ADJUSTMENT BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NATIONAL ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CITICORP CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NCB MANAGEMENT SERVICES INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CARL A.COX | 0.00 | 0.00 | 945.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 945.00 | 0.00 |
| 001 | GE CONSUMER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE AUTOMOTIVE FINANCE | 2,115.00 | 2,115.00 | 2,115.00 | 73.02 |
| 004 | BANK ONE DELAWARE NA | 200.00 | 200.00 | 200.00 | 5.53 |
|  | Total Secured | 2,315.00 | 2,315.00 | 2,315.00 | 78.55 |
| 001 | GE CONSUMER FINANCE | 2,596.86 | 2,596.86 | 557.19 | 0.00 |
| 003 | CHASE AUTOMOTIVE FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BANK ONE DELAWARE NA | 4,091.34 | 4,091.34 | 877.83 | 0.00 |
| 006 | WORLD FINANCIAL NETWORK NATIONAL BANK | 1,874.85 | 1,874.85 | 396.21 | 7.71 |
| 007 | ROUNDUP FUNDING LLC | 2,386.01 | 2,386.01 | 511.94 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 1,606.35 | 1,606.35 | 344.65 | 0.00 |
| 011 | THE BUREAUS INC | 12,136.44 | 12,136.44 | 2,603.98 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,619.61 | 1,619.61 | 347.50 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 6,371.67 | 6,371.67 | 1,367.10 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 12,721.23 | 12,721.23 | 2,729.45 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 3,958.47 | 3,958.47 | 849.32 | 0.00 |
| 021 | DIRECT MERCHANTS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 7,476.50 | 7,476.50 | 1,604.14 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 433.30 | 433.30 | 92.97 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 2,791.90 | 2,791.90 | 599.03 | 0.00 |
| 026 | LOWE'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ECAST SETTLEMENT CORPORATION | 6,017.02 | 6,017.02 | 1,291.00 | 0.00 |
| 032 | RESURGENT CAPITAL SERVICES | 1,694.56 | 1,694.56 | 363.58 | 0.00 |
| 034 | RADIO SHACK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NCM TRST | 5,768.90 | 5,768.90 | 1,237.76 | 0.00 |
| 038 | ROUNDUP FUNDING LLC | 1,366.66 | 1,366.66 | 293.22 | 0.00 |
| 040 | WFNNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | WORLD FINANCIAL NETWORK NATIONAL BANK | 2,496.00 | 2,496.00 | 535.53 | 0.00 |
| 042 | NCI PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | APPLIED INCOME SCIENCES, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 77,407.67 | 77,407.67 | 16,602.40 | 7.71 |
|  | Grand Total: | 82,422.67 | 82,422.67 | 22,562.40 | 86.26 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $22,648.66 |
| Trustee Allowance: | $1,547.34 |
| Percent Paid Unsecured: | 21.45 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008        By  /s/Heather M. Fagan